No. 00-8076. KENNEY, FKA FEASTER *v.* NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 00-8078. LAWRENCE *v.* LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.

No. 00-8084. RAKHSHAN *v.* NORTON, SECRETARY OF THE INTERIOR. C. A. D. C. Cir. Certiorari denied.

No. 00-8094. CARTER *v.* DUNCAN, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 00-8095. CHAPMAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00-8098. OCKENHOUSE *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 00-8108. RINGO *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 00-8112. SPOTZ *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 00-8117. PETRICK *v.* FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 00-8119. REGISTER *v.* UNITED STATES; and
No. 00-8411. HILL *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. Reported below: 232 F. 3d 215.

No. 00-8127. BAILEY *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 00-8128. HAKIM, FKA QUINCE *v.* HICKS ET AL. C. A. 11th Cir. Certiorari denied.

No. 00-8142. DOOLEY *v.* STUBBLEFIELD, SUPERINTENDENT, MISSOURI EASTERN CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.

No. 00-8144. CONLEY *v.* KANSAS. Sup. Ct. Kan. Certiorari denied.